Attention: US Bankruptcy Court,               08-51263

   I was having surgery on June 28, 2010 and asked if the payments could be stopped until I was able to return to work at the end of September, I received a letter stating that this was ok, while off of work I learned our company had been bought out, when I returned to work our hours had been drastically cut, I was only getting about 24 hours a week and this is slowly getting better, although I have yet to receive a full paycheck, but I do not know why payment wasn't continued when I returned to work, if payment would have been taken out though, that would have left us with nothing because my husband wasn't getting many hours either, then in December, he was laid off again, he has been with that company for 17 years and had never been laid off until these last 2 years, and he is only getting a little over $200. a week. We are also getting ready to lose our home, we have been unable to keep up with these payments it's really been a bad 3 years. We would like to know if there is a way we can maybe cut our payment down for now until my husband gets called back to work in the spring and by then my hours should be back up to where they were when we first applied for Bankruptcy.

Art & Karen Figuero
2/ 2/ 2011



FILED 2011 FEB 10 PM 12: 08 U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO AKRON

Karen Figuero
1844 13th St. SW
Akron, OH 44314-2948



US Bankruptcy Court
455 Federal Bldg.
2 South Main Street
Akron, Oh 44308

